UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| TIMOTHY CURTIS CURRIER,<br><br>      Plaintiff,<br><br>v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)   No.:   3:23-cv-335-TAV-JEM<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This civil matter is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge Magistrate Judge Jill E. McCook on February 8, 2024 [Doc. 10]. In the R&R, Judge McCook recommends that the Court dismiss plaintiff's complaint without prejudice for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court agrees with Judge McCook's recommendations and **ACCEPTS** and **ADOPTS** the R&R in whole [Doc. 10]. Accordingly, it is hereby **ORDERED** that plaintiff's case is **DISMISSED without prejudice** for failure to prosecute. *See* Fed. R. Civ. P. 41(b). The Clerk is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

                                      s/ Thomas A. Varlan
                                      UNITED STATES DISTRICT JUDGE